**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT...
NORTHERN...
F...
AUG 16 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | §   3:00-CR-442-R |
| | §   (3:05-CV-1189-_) |
| MELODY DAWSON, | § |
| | § |
| *Defendant.* | § |
| | § |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §636(b)(1), this Court is of the opinion that the Findings and Recommendation of United States Magistrate Judge Wm. F. Sanderson (filed July 28, 2005) are correct, and they are hereby **ADOPTED** as the Findings of this Court. Petitioner's objections to the Findings and Recommendations (filed August 10, 2005) have been considered by this Court and are hereby **DENIED**.

It is so **ORDERED**.
SIGNED: August 16, 2005.

JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS